1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Fermin LEDESMA, | Case Number 3-7-cv-2130 PJH |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | [Docket No. 1] |

Petitioner Fermin Ledesma, having been sentenced to death by the Superior Court of California for the County of Santa Clara, has filed a Request by Prisoner for Appointment of Counsel in California Death Sentence Case and for Stay of Execution of Death Sentence.

Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is granted. This action is referred to the Court's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

Pursuant to Habeas Local Rule 2254-24(a), Petitioner is entitled to a stay of execution pending the final disposition of the proceedings in this Court. It appears from Petitioner's Declaration in Support of Request that the Supreme Court of California has entered a stay of execution of Petitioner's death sentence that remains in effect. This federal Court therefore will defer resolution of Petitioner's request for a stay of execution pending the disposition of the stay

Case No. 3-7-cv-2130-PJH
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)

1  entered by the State court.  Should the stay entered by the Supreme Court of California be
2  dissolved, this Court automatically shall grant Petitioner's request for a stay and automatically
3  shall enter a stay of the execution of Petitioner's death sentence pending the final disposition of
4  the proceedings in this Court.  In the event that the stay entered by the Supreme Court of
5  California is not dissolved prior to the final disposition of the proceedings in this Court,
6  Petitioner's request for a stay of execution in this Court automatically shall be denied as moot
7  upon the entrance of the judgment of this Court.
8      The Clerk immediately shall notify by telephone Respondent Robert L. Ayers Jr.,
9  Warden of San Quentin State Prison, of this order.  The Clerk also shall serve certified copies of
10 this order upon Petitioner; Respondent; the clerk of the Superior Court of California for the
11 County of Santa Clara; Michael G. Millman, Esq., Executive Director of the California
12 Appellate Project; Moona Nandi, Esq., Deputy Attorney General of the State of California; and
13 Dolores A. Carr, Esq., District Attorney of the County of Santa Clara.

*It is so ordered.*

DATED: 5/1/07

          PHYLLIS J. HAMILTON
          United States District Judge

1 | Copies of Order mailed on _____ to:

2 | Fermin Ledesma
CDC # C-14600
3 | San Quentin State Prison
San Quentin, CA  94974

4

Robert L. Ayers Jr.
5 | Warden
San Quentin State Prison
6 | San Quentin, CA  94974

7 | Clerk of the Superior Court of California for the County of Santa Clara
191 North First Street
8 | San Jose, CA  954113

9 | Michael G. Millman, Esq.
Executive Director
10 | California Appellate Project
101 Second Street, Suite 600
11 | San Francisco, CA  94105

12 | Moona Nandi, Esq.
Deputy Attorney General
13 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004

14

Dolores A. Carr, Esq.
15 | District Attorney of the County of Santa Clara
70 West Hedding Street
16 | San Jose, CA  95510

17 | Jeffrey J. Stuetz, Esq.
PMB 288
18 | 3440Youngfield Street
Wheatridge, CO  80033-5245

19

Habeas Corpus Resource Center
20 | 50 Fremont Street, Suite 1800
San Francisco, CA  94105

21

Federal Court Docketing
22 | California Appellate Project
101 Second Street, Suite 600
23 | San Francisco, CA  94105

24

25

26

27

28

3

Case No. 3-7-cv-2130-PJH
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)