IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERMIN LEDESMA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 4:07-cv-02130-PJH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER APPOINTING COUNSEL** |

　　Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board and good cause appearing therefor, the Court hereby appoints James S. Thomson and Marcia A. Morrissey to represent Petitioner Fermin Lesdesma.

　　IT IS SO ORDERED.

12/10/15
DATED

Hon. Phyllis J. Hamilton, Chief Judge
United States District Court