UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN LEDESMA,<br><br>        Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 07-cv-02130-PJH<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 11 |

The Court has reviewed the case management statement filed on January 29, 2016 and directs the parties as follows:

1) Petitioner shall file a motion for equitable tolling within 30 days of the date of this Order.
2) Respondent shall file an opposition within 21 days of the date of service of petitioner's motion.
3) Petitioner shall file a reply within 14 days of the date of service of respondent's opposition. A hearing will be scheduled if necessary.

**IT IS SO ORDERED.**

Dated: February 8, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge